AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

LITTON WYNN

*Plaintiff(s)*

v.

THE CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT, SERGEANT VINCENT D'AMBROSIO, SHIELD 01329, POLICE OFFICER SASHA DIAZ, SHIELD# 14974 (aka POLICE OFFICER SASHA CORDOVA), POLICE OFFICER MICHAEL GONZALEZ, SHIELD #14118, AND OTHER UNIDENTIFIED NEW YORK CITY POLICE OFFICERS INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY

Civil Action No. 12CV06213

AMENDED
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

SERGEANT VINCENT D'AMBROSIO, SHIELD #01329
POLICE OFFICER SASHA DIAZ aka POLICE OFFICER SASHA CORDOVA, SHIELD# 14974
ONE POLICE PLAZA,
New York, NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: EDWARD ZALOBA
118-21 QUEENS BOULEVARD
FOREST HILLS, NY 11375
718-261-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*